O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-7671 AHM (PJWx) | Date | May 20, 2009 |
|---|---|---|---|
| Title | VISTA DEL MAR FOOD & BEVERAGES, LLC v. MOTT'S INC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

Plaintiff's Ex Parte Application for Appointment of Counsel / International Process Server[1] is ORDERED stricken from the docket because it was filed in the wrong case.  It should have been filed in *Vista Del Mar Food & Beverages LLC v. Compania Exportadora De Aguas Minerales SA De CV et al.*, Case No. 5:09-cv-00217-SGL-OP.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] Docket No. 10.