**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA DEL MAR FOOD & BEVERAGE, LLC,<br><br>            Plaintiff(s),<br><br>    v.<br><br>MOTT'S, INC., *et al.*,<br><br>            Defendant(s). | CASE NO. CV08-7671-AHM (PJWx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 2, 2009

_____
A. HOWARD MATZ
United States District Judge

**JS-6**