O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-7671-AHM (PJWx) | Date | August 3, 2009 |
|---|---|---|---|
| Title | VISTA DEL MAR FOOD & BEVERAGE, LLC v. MOTT'S, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reginald Roberts, Jr. | Jerry E. Hawxhurst |
| | J. Daniel Harkins |

**Proceedings:** Status Conference re: Reopening Action Following Inability to Consummate Settlement (non-evidentiary)

Court and counsel confer about the status of the case and the prospect of a global settlement.

Court orders that the defendant's motion to enforce settlement attached to the July 30, 2009 Notice of Lodging be filed and that the opposition thereto be filed by not later than August 10, 2009 with the reply due by August 17, 2009. The Court will hear the motion on August 31, 2009 at 10:00 a.m.

Court reopens this action and sets a scheduling conference hearing date of August 30, 2009 at 1:30 p.m.

|  | : | 08 |
|---|---|---|
| Initials of Preparer | | SMO |

**JS-5**