O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-07671 AHM (PJWx) | Date | March 24, 2011 |
|---|---|---|---|
| Title | VISTA DEL MAR FOOD & BEVERAGES, LLC v. MOTT'S INC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Parties have failed to respond to the Court's March 16, 2011 Order to Show Cause.  Dkt. 74.  As the Court noted in that order, "[f]ailure to respond to this order will be construed as consent to the Court's disposal of the evidence."  Accordingly, the Court shall take appropriate measures to dispose of the bottles of Camaronazo Jugo de Tomate y Camaron, Clamato Tomato Cocktail, and Clamato Shrimp Tomato Cocktail.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |